UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: NOV 23 2015
```

J.C., et al.,

               Plaintiffs,

–v–

BJ'S Wholesale Club, Inc.,

               Defendant.

15-cv-2161 (AJN) (SN)

ORDER

ALISON J. NATHAN, District Judge:

    Presently before the Court is Judge Netburn's Report and Recommendation, which recommends that the Court approve the proposed infant settlement in this case. *See* Dkt. No. 43. When a magistrate judge issues findings or recommendations, the district court "may accept, reject, or modify [them] in whole or in part." 28 U.S.C. § 636(b)(1). After the magistrate judge issues her report, the parties have fourteen days to "file written objections to [the] proposed findings and recommendations." *Id.* If no party files objections, then the Court reviews the magistrate judge's recommendations only for clear error. *See Gomez v. Brown*, 655 F. Supp. 2d 332, 341 (S.D.N.Y.2009).

    Judge Netburn issued her Report and Recommendation on September 10, 2015. The deadline for the parties to file any objections was September 24, 2015, but no objections have been filed. Accordingly, the Court reviews for clear error. Having reviewed the Report and Recommendation, the Court finds no clear error in Judge Netburn's well-reasoned report. The Court therefore adopts the Report and Recommendation in its entirety, and the proposed settlement is APPROVED.

    The Clerk of Court is instructed to close this case.

SO ORDERED.

Dated: Nov. 23, 2015
New York, New York

_____
ALISON J. NATHAN
United States District Judge